UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT MALIGNO, <br><br>          Plaintiff, <br>     -v- <br><br>ROMAN CATHOLIC ARCHDIOCESE <br>OF NEW YORK, et al., <br><br>          Defendants. | 20 Civ. 1531 (PAE) <br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court has received the notice of removal in the above-captioned case. Consistent with defendants' request, the Court's present intention is not to take substantive action in this case, pending a determination by the Delaware District Court as to the venue for the trial of this and associated actions. The Court directs counsel to submit a joint letter every 60 days updating the Court on the status of the Pending Abuse Actions. The first such letter is due April 21, 2020.

  SO ORDERED.

                            PAUL A. ENGELMAYER
                            United States District Judge

Dated: February 21, 2020
    New York, New York