UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
VINCENT MALIGNO,                                                    :
                                                                    :        20 Civ. 1531 (PAE)
                                Plaintiff,                          :
                                                                    :            ORDER
                -v-                                                 :
                                                                    :
ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK,                             :
et al.,                                                             :
                                                                    :
                                Defendants.                         :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

On February 21, 2020, and March 2, 2020, the Court directed counsel to submit joint status updates on pending actions and relevant proceedings in bankruptcy court every 60 days. Dkts. 3, 5. The parties have not provided such an update since December 10, 2021. Dkt. 15. The parties are thus directed to provide an update by April 12, 2022.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 5, 2022
       New York, New York