**WIGGIN**
WIGGIN AND DANA

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
www.wiggin.com

Michael L. Kenny Jr.
212.551.2628
212.551.2888 fax
mkenny@wiggin.com

By ECF

April 12, 2022

The Honorable Paul A. Engelmayer
District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Maligno v. Roman Catholic Archdiocese of New York et al*, No. 1:20-cv-01531-PAE

Dear Judge Engelmayer,

Pursuant to this Court's order of April 5, 2022 (Dkt. 16), we write to update the Court on the status of this matter. The stay is still in place, pursuant to the terms of the Notice of Entry of the *Sixth Stipulation and Agreed Order* entered by the United States Bankruptcy Court for the District of Delaware on November 8, 2021, which was e-filed in this matter on December 10, 2021 (Dkt. 15). Accordingly, we do not believe that the Court should take any action at this time.

Respectfully submitted,

*/s/ Michael L. Kenny Jr.*

Michael L. Kenny Jr.

> The Court thanks the parties for this update and directs them to file a further status update by June 13, 2022 and every sixty days thereafter. SO ORDERED.
>
> *Paul A. Engelmayer*
> ──────────────────────
> PAUL A. ENGELMAYER
> United States District Judge
> 4/13/22