UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VINCENT MALIGNO,

                          Plaintiff,

        -v-

ROMAN CATHOLIC ARCHDIOCESE OF NEW YORK, *et al.*,

                         Defendants.

20 Civ. 1531 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the avoidance of doubt, this case is stayed pending resolution of defendant Boy Scouts of America's bankruptcy proceeding in the United States Bankruptcy Court for the District of Delaware. *See* Dkt. 7 at 4 (noting the bankruptcy court's consent order staying this case).

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 27, 2023
        New York, New York